Edward A. Murray, Trading as Murray Coal Company, Plaintiff-Appellee, v. John L. Sheridan and Frances M. Sheridan, Robert J. Blake and Margaret Blake, Defendants-Appellants.

Gen. No. 45,769.

Allen, Darlington & Elliott, for appellants; Joseph F. Elward and Edward S. Macie, for appellee; Edward S. Macie, of counsel. Opinion by Presiding Justice Burke. Not to be published in full. Opinion filed May 5, 1952; rehearing denied May 26, 1952; released for publication June 9, 1952.

Metropolis Theatre Company, and John R. Thompson, Jr. et al., Appellants, v. L. H. Barkhausen and Randolph Bohrer et al., Appellees.

Gen. No. 45,641.

Miller, Gorham, Wescott & Adams, for appellants; Swiren & Heineman, and Johnston, Thompson, Raymond & Mayer for certain appellees; Edward Blackman, J. Frederick Hoffman, and Michael Conant, for certain other

appellees; Taylor, Miller, Busch & Manger, for certain appellee; John S. Miller, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed May 5, 1952; rehearing denied June 9, 1952; released for publication June 9, 1952.

# Kenneth Williams, a Minor, by Elbert Williams, his Father and Next Friend, and Elbert Williams, Plaintiffs-Appellees, v. Ralph Norman, Defendant-Appellant.

Term No. 52–F–12.

Frank E. Trobaugh, and Stephen E. Brondos, for appellant; Ralph W. Harris, and David A. Warford, for appellees. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full. Opinion filed May 14, 1952; released for publication June 17, 1952.

# Jules P. Dorette, Appellee, v. Alfeo Angellotti, Appellant, and D. Raymond Yoder, Appellant.

Gen. No. 45,516.